# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO.: 2:10-CR-93-RL-PRC |
| ) | |
| DESMOND TURNER ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT DESMOND TURNER**

TO:  THE HONORABLE RUDY LOZANO, JUDGE,
     UNITED STATES DISTRICT COURT

Upon Defendant Desmond Turner's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on March 5, 2012, with the consent of Defendant Desmond Turner, counsel for Defendant Desmond Turner, and counsel for the United States of America.

The hearing on Defendant Desmond Turner's pleas of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Desmond Turner under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Desmond Turner,

I FIND as follows:

(1) that Defendant Desmond Turner understands the nature of the charges against him to which the pleas are offered;

(2) that Defendant Desmond Turner understands his right to trial by jury, to persist in his pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Desmond Turner understands what the maximum possible sentences is, including the effect of the supervised release term, and Defendant Desmond Turner understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Desmond Turner have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Desmond Turner is competent to plead guilty;

(6) that Defendant Desmond Turner understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there are a factual bases for Defendant Desmond Turner's pleas; and further,

I RECOMMEND that the Court accept Desmond Turner's pleas of guilty to the offenses charged in Counts 1 and 2 of the Indictment and that Defendant Desmond Turner be adjudged guilty of the offenses charged in Counts 1 and 2 of the Indictment and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Desmond Turner be adjudged guilty, a sentencing date before Judge Rudy Lozano will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

So ORDERED this 6th day of March, 2012.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:  All counsel of record
     Honorable Rudy Lozano